AO 93 (Rev. 01/09) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| **Case No.:** 23-8204mB ~~3985883-PMN~~ | **Date and time warrant executed:** 04/19/2023 @ 1248 hrs | **Copy of warrant and inventory left with:** USPS |
| **Inventory made in the presence of:** Inspector R. Firkin and Inspector B. Hess | | **USPS Tracking Number:** EI433251841US |

**Inventory of the property taken and name of any person(s) seized:**

Express Mail Parcel Label No. EI433251841US, addressed to Tony Karasit, 4611 12th Ave. Apt. 2E, Brooklyn, NY 11219 with a return address of Larry Russo, 1902 E. Cactus Rd., Phoenix, AZ 85022 contained the following:

-Sccy CPX-1 9mm handgun (teal) with a black Sig Sauer magazine containing 6 rounds of 9mm ammunition.  (The handgun had been reported stolen by Goodyear PD)

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

**Date:** 04/20/2023

*Andrea Brandon*
Digitally signed by Andrea Brandon
Date: 2023.04.20 09:24:14 -07'00'
*Executing officer's signature*

Andrea Brandon, Postal Inspector
*Printed name and title*